Twenty First Judicial District Court
Parish of Tangipahoa
State Of Louisiana

Number 2020-0001724                    Division C

Darrel Thorn

V.S.

Racetrac Petrolium

Filed July 2, 2020                    By Clerk _____

Complaint

Petition For Damages

Comes now. The Plaintiff, Darrel Thorn In Proper Person, Pro-se litigant and File this lawsuit Pursant to La. RS 92800.6 Louisiana Premisses liability Statue.

Facts

On May, 9, 2019 I entered The Racetrac Store On Hwy 51 in Hammond louisiana. when i walked through the door I saw one of The Workers Standing about 5 feet From where I fell, I turned right of The isle and slipped and Fell in a puddle of water On the Floor.


EXHIBIT
A

SCANNED
RPW

The worker saw me fall and came over and told me to stay down, don't get up. I told her i couldn't get up if i wanted too.

The worker then went and got The Manager and she saw me laying down on The wet Floor and told me the same thing Stay down, don't get up. I told her The same thing i couldn't get up if i wanted too.

The manager then called an ambulance to to take me to the hospital at North oaks Hospital in Hammond louisiana. When i Fell i Fell backwards on the wet concrete Floor and hit my head, neck, shoulders back, hip and Foot.

I treated with Dr. Ann winKler For six months For my injuries. Dr winKler had a CT scan done on my head and the CT scan showed I had a stroke in my head. She also Found damages to my neck, shoulders back, hip, Knee and Foot. Dr winKler also Found spinal cord injuries.

2.

## Argument

The plaintiff contends that the water puddle was in plain view of the worker because she was standing not far from it but did not tell me or warn me there was a water puddle on the floor.

The plaintiff contends that the worker had time to clean up the water puddle but failed to do so causing me to sustain injuries.

The plaintiff contends that this accident is also on film at the Racetrac store in Hammond Louisiana Hwy 51. (Morrison Blvd)

The plaintiff also contends that the worker and the store manager is a witness to my fall because they called an ambulance.

## Conclusion

The plaintiff contends the facts in this case proves his burden of proof. The plaintiff has met his burden of proof under LA RS 92 800.6 that Racetrac is liable for damages, medical expenses, physical and mental

Pain and suffering, mental anguish, Loss
Of enjoyment of life, disabling injuries
Physical impairment, Interest and court
cost.

   The plaintiff Darrel Thorn prays this
honorable Court For Justice in this
Case.

6/30/2020
Date

Darrel Thorn
Darrel Thorn

4

## Certificate of Mailing

The Plaintiff Darrel Thorn certify that he mailed a copy of the plaintiff Complaint and Petition for damages to Broadspire a crawford company P.O. Box 14345, lexington Ky, 40512-4345.

6/30/2020
Date

Darrel Thorn
Darrel Thorn

Darrel Thorn

Versus

Racetrac Petroleum

Filed August 11, 2020

number 2020-0001724 Division (

21st Judicial District Court

Parish Of Tangipahoa

State Of Louisiana

By Clerk Tammy Whe

## Motion For Entry of Default Judgment

The plaintiff Darrel Thorn Files This motion
under CCP1702. Pursuant to CCP1702 Defendants
have 21 days to answer my Complaint / Petition
For damages.

My Petition For Damages was mailed on The 6th of
July 2020. Some 24 days ago and still I have
received no answer.

The Plaintiff Darrel move For Entry of
Default Judgment under CCP1702 For The
amount of 1,000,000.00 (One million Dollars)

7/30/2020

Darrel Thorn

Darrel Thorn

2020 AUG 11 AM 8:36

SCANNED
TFW

**EXHIBIT**

tabbies

B

Plaintiff is very concerned about the injury to his head. Attached is Dr. Margaret Winkler's diagnosis of my injuries. Dr. Winkler diagnosis to my head is "Left sided Cerebral hemisphere Cerebral Vascular accident, Cerebral infarction, unspecified. A Stroke in my head."

Before my head hit the Concrete Floor at Racetrac I never had any problems with my head. Now I'm having headaches, bad dreams, amagining things that didn't happen. I'm alarmed because the stroke in my head left a blood clot which mean that blood is not Circulating to the left side of my head.

I Could die From that at any time and anywhere On the Glasgow coma scale This Kind of injury to the head rate a (7) seven which is very serious. This head injury could calculate at millions of dollars alone..

I'm concerned about the long term effect this injury could cause to my body. I could have another Stroke and die From this. The other injuries could have a long term effect to my body as well. I'm asking For a million dollars because I think its Fair. This accident could have happened to anyone who went in Racetrac store that day.

The plaintiff Darrel Thora hope and pray This honorable court will be Fair and Just Concerning This tragedy and grant me Justice in this Case.

Darrel Thora

# Certificate Of Mailing

The Plaintiff Darrel Thorn do certify
That he mailed a copy Of Plaintiffs Motion
For Default Judgment to Broadspire, & Crawford
Company, P.O. Box 14345, Lexington, KY. 40512-4345
Aka Racetrac Petroleum.


8/3/2020
Date

Darrel Thorn
Darrel Thorn

08/12/2020 WED 10:57   FAX 985 748 6746 TPCCC CIVIL FAX                                                @006/016

Page 4/13  CIVIL 2020-0001724, Transaction Date: 08/11/2020

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

# Imaging Order

07/08/2019

| To Provider | From Provider | |
|---|---|---|
| NORTH OAKS DIAGNOSTICS (SCHEDULING)<br><br>15837 PAUL VEGA MD DR<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7777<br>Fax:<br>Fax: (985) 230-7210 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Imaging Order Information

| Diagnosis | • Left sided cerebral hemisphere cerebrovascular accident<br>ICD-10: I63.9: Cerebral infarction, unspecified |
|---|---|
| Order Name | Orders Included: 2<br><br>Left sided cerebral hemisphere cerebrovascular accident \| ICD-10: I63.9: Cerebral infarction,<br>unspecified<br>• MRI, BRAIN, W/O CONTRAST<br><br>NOTE TO IMAGING FACILITY: CT scan of the head demonstrated a stroke in the left<br>occipital lobe<br>• US, CAROTID ARTERY<br><br>NOTE TO IMAGING FACILITY: CT scan of the head demonstrated a stroke in the left<br>occipital lobe<br><br>Side: BILATERAL |
| Notes | |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491376<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 07/05/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

Case 2:20-cv-02509-BWA-MBN   Document 1-1   Filed 09/14/20   Page 10 of 41

08/12/2020 WED 10:57  FAX 985 748 6746 TPCDC CIVIL FAX                    ⌀007/016
Page 5/13  CIVIL, 2020-0001724, Transaction Date: 08/11/2020

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

## Lab Order
07/08/2019

| Order To | Ordering Provider | |
|---|---|---|
| IN-OFFICE ORDER<br><br>INTERNAL USE ONLY DO NOT ATTACH COMPENDIUM DO NOT ATTACH COMPENDIUM DO NOT ATTACH COMPENDIUM<br>, LA 00000 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

| Order | | |
|---|---|---|
| Orders included: 2<br><br>Left sided cerebral hemisphere cerebrovascular accident | ICD-10: I63.9: Cerebral infarction, unspecified<br>• HBA1C (HEMOGLOBIN A1C), BLOOD | BILL: Third Party<br>• LIPID PANEL, SERUM | BILL: Third Party | | |
| Patient Name | THORN, DARREL | |
| Sex - DOB - Age | M 06/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | h: (985) 956-8272 w: | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 07/05/2019) | |
| Secondary Insurance | None recorded. | |
| Drawn by: | | |
| Date/Time Drawn: | | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR | |
| Other/Notes: | | |
| CC: | | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

08/12/2020 WED 10:59  FAX 985 748 6746 TPCOC CIVIL FAX                    ☒008/016

Page 6/13  CIVIL, 2020-0001724, Transaction Date: 08/11/2020

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

# Lab Order
07/08/2019

| Order To | Ordering Provider | |
|---|---|---|
| CLINICAL REFERENCE LABORATORIES<br><br>1865 SW RAILROAD BLVD, SUITE 5<br>HAMMOND, LA 70403<br><br>Phone: (985) 345-4484 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

| Order | |
|---|---|
| **Orders included: 3**<br><br>Left sided cerebral hemisphere cerebrovascular accident \| ICD-10: I63,9: Cerebral infarction, unspecified<br>• CBC \| BILL: Third Party<br>• BMP, BLOOD \| BILL: Third Party<br>• HEPATIC FUNCTION PANEL, SERUM \| BILL: Third Party | |

| Patient Name | THORN, DARREL | |
|---|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | h: (985) 956-8272 w: | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL | |
| Secondary Insurance | None recorded. | |
| Drawn by: | | |
| Date/Time Drawn: | | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR | |
| Other/Notes: | | |
| CC: | | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446

THORN, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

### 05/24/2019

| To Provider | From Provider | |
|---|---|---|
| NORTH OAKS REHABILITATION HOPSTIAL<br><br>1900 S MORRISON BLVD<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 542-7777<br>Fax:<br>Fax: (985) 230-T128 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Referral Order Information

| Diagnosis | • Bilateral somatic dysfunction of sacroiliac joints<br>ICD-10: M99.04: Segmental and somatic dysfunction of sacral region |
|---|---|
| Order Name | Orders included: 1<br><br>Bilateral somatic dysfunction of sacroiliac joints<br>ICD-10: M99.04: Segmental and somatic dysfunction of sacral region<br>• PHYSICAL THERAPY REFERRAL<br>    Schedule Within: provider's discretion   Note to Provider: to be seen for bilat SI joint pain and L4-L5 and L5-S1 lumbar disc. He did have a fall and landed on the left side. He does have pain over this area. He does have pain in the right buttock into the right groin. Please see him 3 times per week x 4 wk and then begin the wellness visit. Please show him exercises that he will be able to do at his home. Please try TENS unit for home trial basis |
| Notes | to be seen for bilat SI joint pain and L4-L5 and L5-S1 lumbar disc. He did have a fall and landed on the left side. He does have pain over this area. He does have pain in the right buttock into the right groin. Please see him 3 times per week x 4 wk and then begin the wellness visit. Please show him exercises that he will be able to do at his home. Please try TENS unit for home trial basis |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 465 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHBT22491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 05/24/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

09/12/2020 WED 10:59  FAX 985 748 6746 TPCOC CIVIL FAX                    ☒010/016
Page 8/13  CIVIL, 2020-C001724, Transaction Date: 06/11/2020

OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
A, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

05/24/2019

| To Provider | From Provider | |
|---|---|---|
| ROBERT MCAFEE MD<br><br>15770 PAUL VEGA MD DR STE 108<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7480<br>Fax:<br>Fax: (985) 230-7461 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Referral Order Information

| Diagnosis | • Trochanteric bursitis of left hip<br>ICD-10: M70.62; Trochanteric bursitis, left hip |
|---|---|
| Order Name | Orders Included: 1<br><br>Trochanteric bursitis of left hip<br>ICD-10: M70.62; Trochanteric bursitis, left hip<br>• ORTHOPEDIC REFERRAL<br>Schedule Within: provider's discretion   Note to Provider: or eval, he does have<br>tronacheric bursitis of the left hip. To also eval his back—bilateral SI joint<br>dysfunction as well is L4-5 L5-S1 of the lumbar spine |
| Notes | or eval, he does have tronacheric bursitis of the left hip. To also eval his back—bilateral SI<br>joint dysfunction as well is L4-5 L5-S1 of the lumbar spine |

## Patient Information

| Patient Name | THORN, DARREL | |
|---|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | H: (985) 956-8272 | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL | |
| Secondary Insurance | None recorded. | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446

THORN, DARREL (id #9980, dob: 08/21/1955)

# Imaging Order

06/17/2019

| To Provider | From Provider |
|---|---|
| NORTH OAKS DIAGNOSTICS (SCHEDULING)<br><br>15337 PAUL VEGA MD DR<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7777<br>Fax:<br>Fax: (985) 230-7210 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 |

## Imaging Order Information

| Diagnosis | • Neck pain<br>ICD-10: M54.2: Cervicalgia<br>• Low back pain<br>ICD-10: M54.5: Low back pain |
|---|---|
| Order Name | Orders Included: 2<br><br>Neck pain | ICD-10: M54.2: Cervicalgia<br>• XR, CERVICAL SPINE<br>Low back pain | ICD-10: M54.5; Low back pain<br>• XR, LUMBAR SPINE |
| Notes | |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 06/17/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

08/12/2020 WED 10:59  FAX 985 748 6746 TPCOC CIVIL FAX                    @012/016
Page 10/13  CIVIL, 2020-0001724, Transaction Date: 08/11/2020

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

05/24/2018

| To Provider | From Provider | |
|---|---|---|
| VICTOR A LINDEN MD<br><br>NEW LEAF PSYCHIATRY & COUNSELING CTR 15770 PAUL VEGA, MD, DRIVE, STE 202<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7495<br>Fax:<br>Fax: (985) 230-1861 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Referral Order Information

| Diagnosis | • Insomnia<br>ICD-10: G47.00: Insomnia, unspecified |
|---|---|
| Order Name | Orders included: 1<br><br>Insomnia<br>ICD-10: G47.00: Insomnia, unspecified<br>• PSYCHIATRY REFERRAL<br>    Schedule Within: provider's discretion |
| Notes | |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD060<br>Policy Holder: THORN, DARREL |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

# North Oaks Internal Medicine

*Dr. Margaret Winkler*
15744 Medical Arts Drive, Hammond, LA 70403
985-345-4484

Patient: Darrel Thorn / Patient ID: 9380 / DOB:        Guarentor: DARREL THORN
09/21/1955 Age:64 Yrs. 0 Mos. Sex: Male               DOB: 08/21/1955 Sex: Male
Address: 405 N 3RD STREET , Ponchatoula, LA 70454     Address: 405 N 3RD STREET , PONCHATOULA, LA,
Phone: 9859568272 / 9859568272                        70454
                                                      Phone: 985-956-8272 Relation: SELF

Insurance

1. HEALTHY BLUE  Policy Number: 1711186763598  Code: 410
   Address: PO BOX 61010 , Virginia Beach, VA 23466-1010
   Subscriber: Darrel Thorn  DOB: 08/21/1955  Sex: Male
   Address: 405 N 3RD STREET , Ponchatoula, LA 70454
   Phone: 9859568272  Relation: 01
   Billing Type:

ORDER #: -9980-35161      Date of Test:08/26/2019    Date of Order: 08/26/2019
MRI Lumbar

without contrast

Diagnosis Codes:
M54.5 Low back pain

Ordering Provider: Margaret L Winkler, M.D.
NPi: 1457362147

*Electronically signed by Margaret Winkler, M.D. on 08/26/2019*

**Order Requisition**
North Oaks Medical Center Emergency Department
15790 Paul Vega MD Drive
Hammond LA 70403-1434
Phone: 985-230-1359
Fax: 985-230-6480

**Patient: Darrel Thorn**

| Birthdate: 08/21/1955 | Age: 64 | Sex: M | MRN: 7388641 | CSN: 20885071 |
|---|---|---|---|---|

**Allergies: Nsaids (non-steroidal anti-inflammatory drug)**

**Please note – Allergy list may be incomplete**

| | | |
|---|---|---|
| Patient Home Address: | 405 N 3RD ST PONCHATOULA LA 70454-2422 | Phone: 985-958-8272 |
| Primary Health Payor: | MEDICAID | Group # |
| Primary Health Plan: | 138 | Member # 1711186763598 |

Secondary Health Plan:

Guarantor:

Order/Test: Ambulatory Referral to Pain Management (Order ID: 5245247719)

| | |
|---|---|
| Status: | Future |
| Frequency: | |
| Priority: | Routine |
| Class: | External Referral |
| Original Order Date/Time: | Aug 29, 2019  6:33 PM |
| Expected Date: | |
| Expiration Date: | Aug 29, 2020 |
| Diagnosis: | Chronic pain syndrome (G89.4) |

Instructions for Referral: Chronic neck, back, hip pain

Order authorized by Myles, Bevan, MD (Ordering Provider) on Aug 29, 2019 at 6:33 PM
NPI: 1356784284
Electronically signed by Myles, Bevan, MD on Aug 29, 2019 at 6:33 PM

09/12/2020 WED 11:00  FAX 985 748 6746 TPCOC CIVIL FAX                    @015/016

Page 13/13  Civil, 2020-0001724, Transaction Date: 08/11/2020

Darrel Thorn
405 north 3rd. St.
Ponchatoula, La. 70454
985 269 1935

ON COTT
Darrel

SCANNED
TFW

2020 AUG 11  AM 8: 38
GARY STANGA
CLERK OF COURT



**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

RACE TRAC PETROLEUM, INC.                                    09/01/2020
Dale Marshall Contract & Corporate Governance Manager
RaceTrac
200 Galleria Parkway SE, Suite 900
Atlanta GA 30339

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  ALL information should be verified by you.        Item: 2020-307

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Entity Served: Entity Served If Different: | RACE TRAC PETROLEUM, INC. Racetrac Petroleum |
|---|---|---|
| 2. | Title of Action: | Darrel Thorn vs. Racetrac Petroium |
| 3. | Document(s) Served: | Citation Complaint - Petition for Damages |
| 4. | Court/Agency: | Parish of Tangipahoa 21st Judicial District Court |
| 5. | State Served: | Louisiana |
| 6. | Case Number: | 2020-0001724 |
| 7. | Case Type: | Negligence/Personal Injury |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Tuesday 09/01/2020 |
| 10. | Date to Client: | Tuesday 09/01/2020 |
| 11. | # Days When Answer Due: Answer Due Date: | 15 Wednesday 09/16/2020 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender: (Name, City, State, and Phone Number) | Darrel Thorn |
| 13. | Shipped To Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 191 |
| 16. | Notes: | Please note this appears to be from a pro se plaintiff. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

801 US Highway 1 North Palm Beach, FL 33408   Tel: (561) 694-8107   Fax: (561) 694-1629
www.CorporateCreations.com



EXHIBIT
C

## CITATION

*DARREL THORN*

*Versus*

*RACETRAC PETROLIUM*

Case: 2020-0001724
Division: C
21ˢᵗ Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: *RACETRAC PETROLIUM*
*CORPORATE CREATION LOUISIANA LLC*
*3350 RIDGELAKE DRIVE #200*
*METAIRIE, LA 70002*

OUTSIDE PARISH
Amt Due Pauper
$_____ 30.00
Jefferson Parish
Sheriff's Office

*VFB*

Parish of JEFFERSON

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was ordered by attorney DARREL THORN IN PROPER PERSON and was issued by the Clerk of Court on August 21, 2020.*

<u>Pleading Served</u>

*COMPLAINT PETITION FOR DAMAGES*

RECEIVED
AUG 2 6 2020
CIVIL

*Vana Bailey*
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

---

### Service Information

*Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

*Returned:*
*Parish of _____ this _____ day of _____, 20____.*

*Service*   $_____

*Mileage*   $_____      By: _____
                                  *Deputy Sheriff*

*Total*     $_____

PAUPER

[ SERVICE ]

Twenty First Judicial District Court
Parish of Tangipahoa
State Of Louisiana

Number 2020-0001724                          Division C

Darrel Thorn

V.S.

Racetrac Petrolium

Filed July 2, 2020                     By Clerk _____

Complaint

Petition For Damages

Comes now. The Plaintiff, Darrel Thorn
In Proper Person, Po-se litigant and File
this lawsuit Pursuant to La. RS 9:2800.6
Louisiana Premisses liability Statue.

Facts

On May 9, 2019 I entered The Racetrac
Store On Hwy 51 in Hammond louisiana.
When i walked through the door past one
Of The workers Standing about 5 feet from
Where i Fell, I turned right of The isle
and slipped and Fell in a puddle of water
On the Floor.

SCANNED
RPW

The worker saw me Fall and came over and told me to stay down, don't get up. I told her i couldn't get up if i wanted too.

The worker then went and got The Manager and she saw me laying down on The wet Floor and told me the same thing Stay down, don't get up. I told her The same thing i couldn't get up if i wanted too.

The manager then called an ambulance tc to take me to the hospital at North oaks Hospital in Hammond Louisiana. When i Fell i Fell backwards on the wet concrete Floor and hit my head, neck, shoulders back, hip and Foot.

I treated with Dr. Ann winkler For six months For my injuries. Dr winkler had a CT Scan done on my head and the CT scan Showed I had a stroke in my head. She also Found damages to my neck, shoulders back, hip, Knee and Foot. Dr winkler also Found spinal cord injuries.

2.

## Argument

The plaintiff contends that the water puddle was in plain view of The worker because she was standing not far from it but did not tell me or warn me there was a water puddle on the floor.

The plaintiff contends that the worker had time to clean up the water puddle but failed to do so causing me to sustain Injuries.

The plaintiff contends that this accident is also on film at the Racetrac store in Hammond louisiana Hwy 51. (morrison Blvd)

The plaintiff also contends that the worker and the store manager is a witness to my fall because they called an ambulance.

## Conclusion

The plaintiff contends the facts in This case proves his burden of proof. The Plaintiff has met his burden of proof under LA RS 9:2800.6 that Racetrac is liable for Damages, medical expenses, physical and mental

Pain and suffering, mental anguish, Loss
Of enjoyment of life, disabling injuries
Physical impairment, interest and court
cost.

The plaintiff Darrel Thorn prays this
honorable Court For Justice in this
Case.

6/30/2020
Date

Darrel Thorn
Darrel Thorn

STATE OF LOUISIANA AMITE   AUG 2 1 2020
PARISH OF TANGIPAHOA

4

# Certificate of Mailing

The Plaintiff Darrel Thorn certify that he mailed a copy of the plaintiff Complaint and Petition For damages to Broadspire a crawford company P.O. Box 14345, lexington Ky, 40512-4345.

6/30/2020
Date

Darrel Thorn
Darrel Thorn

Darrel Thorn

Versus

Racetrac Petroleum

Filed August 11, 2020

number 2020-0001724 Division C
21st Judicial District Court
Parish Of Tangipahoa
State Of Louisiana
By Clerk Tammy Whe

## Motion For Entry of Default Judgment

The plaintiff Darrel Thorn Files This motion under CCP1702. Pursuant to CCP1702 Defendants have 21 days to answer my Complaint / Petition For damages.

My Petition For Damages was mailed on The 6th of July 2020. Some 24 days ago and still I have received no answer.

The Plaintiff Darrel move For Entry of Default Judgment under CCP1702 For The amount of 1,000,000.00 (One Million Dollars)

7/30/2020

Darrel Thorn
Darrel Thorn

2020 AUG 11 AM 8:38

SCANNED
TFW

Plaintiff is very concerned about the injury to his head. Attached is Dr. Margaret Winklers diagnosis of my injuries. Dr. Winklas diagnosis to my head is "Left sided Cerebral hemisphere Cerebral Vascular accident, Cerebral infarction, unspecified. A Stroke in my head."

Before my head hit the concrete floor at Racetrac I never had any problems with my head. Now I'm having headaches, bad dreams, amagining things that didnt happen. I'm alarmed because the stroke in my head left a blood clot which mean that blood is not circulating to the left side of my head.

I could die from that at any time and anywhere On the Glasgow coma scale This Kind of injury to the head rate a (7) seven which is very serious. This head injury could calculate at millions of dollars alone.

I'm concerned about the long term effect this injury could cause to my body. I could have another stroke and die from this. The other injuries could have a long term effect to my body as well. I'm asking for a million dollars because I think its fair. This accident could have happened to anyone who went in Racetrac store that day!

The plaintiff Darrel Thorn hope and pray This honorable court will be fair and Just Concerning This tragedy and grant me Justice in this case.

Darrel Thorn

08/12/2020 WED 10:57  FAX 985 748 6746 TPCOC CIVIL FAX                    ⬛005/016
Page 3/13  CIVIL. 2020-0001724, Transaction Date: 08/11/2020

# Certificate of Mailing

The Plaintiff Darrel Thorn do certify That he mailed a copy of Plaintiffs Motion For Default Judgment to Broadspire, & Crawford Company, P.O. Box 14345, Lexington, KY. 40512-4345 Aka Racetrac Petroleum.

8/3/2020
Date

Darrel Thorn
Darrel Thorn

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC · 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

# Imaging Order
### 07/08/2019

| To Provider | From Provider | |
|---|---|---|
| NORTH OAKS DIAGNOSTICS (SCHEDULING)<br><br>15637 PAUL VEGA MD DR<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7777<br>Fax:<br>Fax: (985) 230-7210 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Imaging Order Information

| Diagnosis | • Left sided cerebral hemisphere cerebrovascular accident<br>ICD-10: I63.9; Cerebral infarction, unspecified |
|---|---|
| Order Name | Orders Included: 2<br><br>Left sided cerebral hemisphere cerebrovascular accident | ICD-10: I63.9; Cerebral infarction, unspecified<br>• MRI, BRAIN, W/O CONTRAST<br><br>NOTE TO IMAGING FACILITY: CT scan of the head demonstrated a stroke in the left occipital lobe<br>• US, CAROTID ARTERY<br><br>NOTE TO IMAGING FACILITY: CT scan of the head demonstrated a stroke in the left occipital lobe<br><br>Side: BILATERAL |
| Notes | |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405-N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 07/05/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (Id #9980, dob: 08/21/1955)

# Lab Order
07/08/2019

| Order To | | Ordering Provider | |
|---|---|---|---|
| IN-OFFICE ORDER<br><br>INTERNAL USE ONLY DO NOT ATTACH COMPENDIUM DO NOT ATTACH COMPENDIUM DO NOT ATTACH COMPENDIUM<br>, LA 00000 | | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

| Order | |
|---|---|
| Orders included: 2<br><br>Left sided cerebral hemisphere cerebrovascular accident | ICD-10: I63.9: Cerebral infarction, unspecified<br>• HBA1C (HEMOGLOBIN A1C), BLOOD | BILL: Third Party<br>• LIPID PANEL, SERUM | BILL: Third Party | |

| Patient Name | THORN, DARREL | |
|---|---|---|
| Sex - DOB - Age | M 06/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | h: (985) 956-8272 w: | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 07/05/2019) | |
| Secondary Insurance | None recorded. | |
| Drawn by: | | |
| Date/Time Drawn: | | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR | |
| Other/Notes: | | |
| CC: | | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446

THORN, DARREL (Id #9980, dob: 08/21/1955)

## Lab Order

07/08/2019

| Order To | Ordering Provider | |
|---|---|---|
| CLINICAL REFERENCE LABORATORIES<br><br>1665 SW RAILROAD BLVD, SUITE 5<br>HAMMOND, LA 70403<br><br>Phone: (985) 345-4484 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

| Order | | |
|---|---|---|
| **Orders included: 3**<br><br>Left sided cerebral hemisphere cerebrovascular accident \| ICD-10: I63.9: Cerebral infarction, unspecified<br>• CBC \| BILL: Third Party<br>• BMP, BLOOD \| BILL: Third Party<br>• HEPATIC FUNCTION PANEL, SERUM \| BILL: Third Party | | |
| Patient Name | THORN, DARREL | |
| Sex - DOB - Age | M 08/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | h: (985) 956-8272 w: | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL | |
| Secondary Insurance | None recorded. | |
| Drawn by: | | |
| Date/Time Drawn: | | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR | |
| Other/Notes: | | |
| CC: | | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446

THORN, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

## 05/24/2019

| To Provider | From Provider | |
|---|---|---|
| NORTH OAKS REHABILITATION HOPSTIAL<br><br>1900 S MORRISON BLVD<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 542-7777<br>Fax:<br>Fax: (985) 230-7128 | M. LAUGHLIN G. WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-9782 | |

## Referral Order Information

| Diagnosis | • Bilateral somatic dysfunction of sacroiliac joints<br>ICD-10: M99.04: Segmental and somatic dysfunction of sacral region |
|---|---|
| Order Name | Orders included: 1<br><br>Bilateral somatic dysfunction of sacroiliac joints<br>ICD-10: M99.04; Segmental and somatic dysfunction of sacral region<br>• PHYSICAL THERAPY REFERRAL<br>    Schedule Within: provider's discretion   Note to Provider: to be seen for bilat SI joint pain and L4-L5 and L5-S1 lumbar disc. He did have a fall and landed on the left side. He does have pain over this area. He does have pain in the right buttock into the right groin. Pleae see him 3 times per week x 4 wk and then begin the wellness visit. Please show him exercises that he will be able to do at his home. Please try TENS unit for home trial basis |
| Notes | to be seen for bilat SI joint pain and L4-L5 and L5-S1 lumbar disc. He did have a fall and landed on the left side. He does have pain over this area. He does have pain in the right buttock into the right groin. Please see him 3 times per week x 4 wk and then begin the wellness visit. Please show him exercises that he will be able to do at his home. Please try TENS unit for home trial basis |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 05/24/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
A, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

05/24/2019

| To Provider | From Provider | |
|---|---|---|
| ROBERT MCAFEE MD<br><br>15770 PAUL VEGA MD DR STE 108<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7480<br>Fax:<br>Fax: (985) 230-7461 | M. LAUGHLIN G, WINKLER, MD<br>Main Office<br>15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 | |

## Referral Order Information

| Diagnosis | • Trochanteric bursitis of left hip<br>ICD-10: M70.62: Trochanteric bursitis, left hip | |
|---|---|---|
| Order Name | Orders included: 1<br><br>Trochanteric bursitis of left hip<br>ICD-10: M70.62; Trochanteric bursitis, left hip<br>• ORTHOPEDIC REFERRAL<br>     Schedule Within: provider's discretion   Note to Provider: or eval, he does have<br>     tronacherite bursitis of the left hip. To also eval his back---bilateral SI joint<br>     dysfunction as well as L4-5 L5-S1 of the lumbar spine | |
| Notes | or eval, he does have tronacherite bursitis of the left hip. To also eval his back---bilateral SI<br>joint dysfunction as well as L4-5 L5-S1 of the lumbar spine | |

## Patient Information

| Patient Name | THORN, DARREL | |
|---|---|---|
| Sex • DOB • Age | M 08/21/1955 63yo | |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 | |
| Phone | H: (985) 956-9272 | |
| Primary Insurance | Healthy Blue (Medicaid Replacement • HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL | |
| Secondary Insurance | None recorded. | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446

THORN, DARREL (Id #9980, dob: 08/21/1955)

# Imaging Order

06/17/2019

| To Provider | From Provider |
|---|---|
| NORTH OAKS DIAGNOSTICS (SCHEDULING) | M. LAUGHLIN G. WINKLER, MD<br>Main Office |
| 15937 PAUL VEGA MD DR<br>HAMMOND, LA 70403<br>Phone:<br>Phone: (985) 230-7777<br>Fax:<br>Fax: (985) 230-7210 | 15744 MEDICAL ARTS DRIVE<br>HAMMOND, LA 70403-1446<br>Phone: (985) 345-4484<br>Fax: (985) 345-0782 |

## Imaging Order Information

| Diagnosis | • Neck pain<br>  ICD-10: M54.2: Cervicalgia<br>• Low back pain<br>  ICD-10: M54.5: Low back pain |
|---|---|
| Order Name | Orders Included: 2<br><br>Neck pain | ICD-10: M54.2: Cervicalgia<br>• XR, CERVICAL SPINE<br>Low back pain | ICD-10: M54.5: Low back pain<br>• XR, LUMBAR SPINE |
| Notes | |

## Patient Information

| Patient Name | THORN, DARREL |
|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo |
| Address | 405 N 3RD STREET<br>PONCHATOULA, LA 70454 |
| Phone | H: (985) 956-8272 |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO)<br>ID: XHB722491378<br>Group: LAMCD000<br>Policy Holder: THORN, DARREL<br><br>Eligibility: Member is eligible. (Verified 06/17/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

Case 2:20-cv-02509-BWA-MBN   Document 1-1   Filed 09/14/20   Page 35 of 41

08/12/2020 WED 10:59  FAX 985 748 6746 TPCDC CIVIL FAX              @012/016
Page 10/13  CIVIL, 2020-0001724, Transaction Date: 08/11/2020

NORTH OAKS INTERNAL MEDICINE ASSOCIATES, LLC • 15744 MEDICAL ARTS DRIVE, HAMMOND LA 70403-1446
THORN, DARREL (id #9980, dob: 08/21/1955)

# Referral Order

05/24/2018

| To Provider | From Provider | |
|---|---|---|
| VICTOR A LINDEN MD<br><br>NEW LEAF PSYCHIATRY & COUNSELING CTR 15770 PAUL VEGA, MD, DRIVE, STE 202 HAMMOND, LA 70403 Phone: Phone: (985) 230-7495 Fax: Fax: (985) 230-1861 | M. LAUGHLIN G. WINKLER, MD Main Office 15744 MEDICAL ARTS DRIVE HAMMOND, LA 70403-1446 Phone: (985) 345-4484 Fax: (985) 345-0782 | |

## Referral Order Information

| Diagnosis | • Insomnia<br>ICD-10: G47.00: Insomnia, unspecified | |
|---|---|---|
| Order Name | Orders included: 1<br><br>Insomnia<br>ICD-10: G47.00: Insomnia, unspecified<br>• PSYCHIATRY REFERRAL<br>  Schedule Within: provider's discretion | |
| Notes | | |

## Patient Information

| Patient Name | THORN, DARREL | |
|---|---|---|
| Sex - DOB - Age | M 08/21/1955 63yo | |
| Address | 405 N 3RD STREET PONCHATOULA, LA 70454 | |
| Phone | H: (985) 956-8272 | |
| Primary Insurance | Healthy Blue (Medicaid Replacement - HMO) ID: XHB722491378 Group: LAMCD000 Policy Holder: THORN, DARREL | |
| Secondary Insurance | None recorded. | |

Electronically Signed by: M. LAUGHLIN G. WINKLER, MD

# North Oaks Internal Medicine

*Dr. Margaret Winkler*  ,
15744 Medical Arts Drive, Hammond, LA 70403
985-345-4484

Patient: Darrel Thorn / Patient ID: 9980 / DOB:
06/21/1955 Age:64 Yrs. 0 Mos. Sex: Male
Address: 405 N 3RD STREET , Ponchatoula, LA 70454
Phone: 9859568272 / 9859568272

Guarantor:DARREL THORN
DOB: 08/21/1955 Sex: Male
Address: 405 N 3RD STREET , PONCHATOULA, LA,
70454
Phone: 985-956-8272 Relation: SELF

Insurance
1.HEALTHY BLUE  Policy Number: 1711186763598  Code: 410
   Address: PO BOX 61010 , Virginia Beach, VA 23466-1010
   Subscriber: Darrel Thorn  DOB: 08/21/1955  Sex: Male
   Address: 405 N 3RD STREET , Ponchatoula, LA 70454
   Phone: 9859568272  Relation: 01
   Billing Type:

ORDER #: -9980-35161      Date of Test:08/26/2019     Date of Order: 08/26/2019
MRI Lumbar

without contrast

Diagnosis Codes:
M54.5 Low back pain

Ordering Provider: Margaret L Winkler, M.D.
NPI:1457362147

*Electronically signed by Margaret Winkler, M.D. on 08/26/2019*

08/12/2020 WED 11:00  FAX 985 748 6746 TPCSO CIVIL FAX                    ☒014/016
Page 12/13  CIVIL, 2020-0001724, Transaction Date: 08/11/2020

**Order Requisition**
North Oaks Medical Center Emergency Department
15790 Paul Vega MD Drive
Hammond LA 70403-1434
Phone: 985-230-1359
Fax: 985-230-6480

| Patient: Darrel Thorn | | | | |
|---|---|---|---|---|
| Birthdate: 08/21/1955 | Age: 64 | Sex: M | MRN: 7388641 | CSN: 20885071 |

Allergies: Nsaids (non-steroidal anti-inflammatory drug)

**Please note – Allergy list may be incomplete**

| | | | |
|---|---|---|---|
| Patient Home Address: | 405 N 3RD ST<br>PONCHATOULA LA 70454-2422 | Phone: | 985-958-9272 |
| Primary Health Payor: | MEDICAID | Group # | |
| Primary Health Plan: | 138 | Member # 1711186763598 | |

Secondary Health Plan:

Guarantor: _____

Order/Test: Ambulatory Referral to Pain Management  (Order ID: 5245247719)

| | |
|---|---|
| Status: | Future |
| Frequency: | |
| Priority: | Routine |
| Class: | External Referral |
| Original Order Date/Time: | Aug 29, 2019  6:33 PM |
| Expected Date: | |
| Expiration Date: | Aug 29, 2020 |
| Diagnosis: | Chronic pain syndrome (G89.4) |

Instructions for Referral: Chronic neck, back, hip pain

Order authorized by Myles, Bevan, MD (Ordering Provider) on Aug 29, 2019 at 6:33 PM
       NPI: 1356784284
Electronically signed by Myles, Bevan, MD on Aug 29, 2019 at 6:33 PM

Page 1 of 1                    Printed by Myles, Bevan, MD [15014] at 08/29/19 1833

08/12/2020 WED 11:00  FAX 985 748 6746 TPCOC CIVIL FAX                    ☑015/015

Page 13/13   CIVIL, 2020-0001724, Transaction Date, 08/11/2020

Darrel Thom
405 north 3rd. St,
Ponchatowla, La. 70454
985 269 1935

ON COTT
Darrel

SCANNED
TFW

2020 AUG 11 AM 8: 38

GARY STANGA
CLERK OF COURT
TANGIPAHOA PARISH

21ST JUDICIAL DISTRICT COURT

TANGIPAHOA PARISH

STATE OF LOUISIANA

DARREL THORN                          :   CASE NUMBER: 2020-0001724
                                      :
VERSUS                                :   DIVISION: C
                                      :
RACETRAC PETROLEUM, INC.              :

## NOTICE OF REMOVAL TO STATE COURT CLERK

**To:**   **Clerk of Court**
          Twenty-First Judicial District Court
          Parish of Tangipahoa
          110 North Bay Street
          Amite, LA 70422

**PLEASE TAKE NOTICE** that Racetrac Petroleum, Inc., defendant in the above captioned and entitled action, has filed in the United States District Court for the Eastern District of Louisiana, its Notice of Removal of said action, a copy of said notice being served and filed herewith in conformity with 28 U.S.C. §1446(d) that effectuates removal of the captioned matter to federal court.  The filing of the notice of removal invokes an automatic stay of all proceedings pursuant to 28 U.S.C. §1446.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By  /s/ Caroline K. Darwin
    Tom S. Easterly, La. Bar No. 30488
    Caroline K. Darwin, La. Bar No. 37651
    P.O. Box 2471
    Baton Rouge, LA 70801/70821
    Phone: (225) 387-3221
    Fax: (225) 346-8049
    Email: tom.easterly@taylorporter.com
    Email: caroline.darwin@taylorporter.com

*Attorneys for Racetrac Petroleum, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served to the State Court Clerk and to plaintiff by depositing a copy in the United States mail.

/s/ Caroline K. Darwin
Caroline K. Darwin



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARELL THORN** | * | **CIVIL ACTION NO:** _____ |
| | * | |
| **VERSUS** | * | |
| | * | |
| **RACETRAC PETROLEUM, INC.** | * | |

## NOTICE OF REMOVAL TO ADVERSE PARTIES

**To:**   Plaintiff, Darrel Thorn
405 N. 3rd Street
Ponchatoula, LA 70454

**PLEASE TAKE NOTICE** that RaceTrac Petroleum, Inc., defendant in the above captioned and entitled action, has filed in the United States District Court for the Eastern District of Louisiana, its Notice of Removal of said action, a copy of said notice being served and filed herewith in conformity with 28 U.S.C. §1446(d) that effectuates removal of the captioned matter to federal court.  The filing of the notice of removal invokes an automatic stay of all proceedings pursuant to 28 U.S.C. §1446.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By *s/ Caroline K. Darwin*_____
Tom S. Easterly, La. Bar No. 30488 (T.A.)
Caroline K. Darwin, La. Bar No. 37651
P.O. Box 2471
Baton Rouge, LA 70801/70821
Phone: (225) 387-3221
Fax: (225) 346-8049
Email: tom.easterly@taylorporter.com
Email: caroline.darwin@taylorporter.com

***Attorneys for RaceTrac Petroleum, Inc.***



EXHIBIT
E

2396821v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served to the State Court Clerk and to Plaintiff, Darrel Thorn, by depositing a copy in the United States mail and/or by e-mail transmittal.

*s/ Caroline K. Darwin*

2396821v.1