UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARREL THORN | CIVIL ACTION |
| VERSUS | NO. 20-2509 |
| RACETRAC PETROLEUM, INC. | SECTION M (5) |

## JUDGMENT

In accordance with the Court's Order & Reasons (R. Doc. 66) granting the motion for summary judgment by defendant RaceTrac Petroleum, Inc.,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant RaceTrac Petroleum, Inc., and against plaintiff Darrel Thorn, DISMISSING plaintiff's claims with prejudice.

New Orleans, Louisiana, this 20th day of July, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE